BEENY, Respondent, v. TEMPLETON, Appellant. (Supreme Court, Appellate Division,

Third Department. March 5, 1913.) In the matter of summary proceedings by Charles Beeny, as agent, against Charles B. Templeton. No opinion. Final order unanimously affirmed, with costs.